SAUL BRAZER AND GLORIA BRAZER, HIS WIFE, PLAIN-
TIFFS-APPELLANTS, v. BOROUGH OF MOUNTAINSIDE,
IN THE COUNTY OF UNION, A MUNICIPAL CORPO-
RATION, AND THE PLANNING BOARD OF THE BOR-
OUGH OF MOUNTAINSIDE IN THE COUNTY OF UNION,
DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued February 17, 1969—Decided February 24, 1969.

Before Judges GOLDMANN, KOLOVSKY and CARTON.

*Mr. Irvin B. Johnstone, Jr.* argued the cause for appellants
(*Messrs. Johnstone & O'Dwyer,* attorneys; *Mr. Frank T. Swain,* on the brief).

*Mr. Charles J. Irwin* argued the cause for respondents.

PER CURIAM. We affirm substantially for the reasons ex-
pressed in the opinion of Judge William F. Wood in the
Law Division. 102 *N. J. Super.* 497 (1968). See, also,
*Smith v. Morris Tp. Comm.,* 101 *N. J. Super.* 271, 280 (*App. Div.* 1968).